**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America | ) | No. CV 07-8024-PCT-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Winslow, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the Stipulation for Dismissal with Prejudice [Doc. No. 15] filed by Defendants to this action - the City of Winslow, John Roche and William R. Christie, Sr. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** that the *Cross-Claims* brought by Defendant William R. Christie, Sr. against the City of Winslow are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter associated with said *Cross-Claims* are hereby **VACATED**.

DATED this 17th day of December, 2007.

Stephen M. McNamee
United States District Judge