**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America | ) | No. CV 07-8024-PCT-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| City of Winslow, et al., | ) ) | |
| Defendants. | ) ) | |

Currently before the Court is the parties' Joint Request to Extend Stay (Doc. 24). The Defendants executed a Consent Decree on July 18, 2008, and the Decree is now under review with the United States. The Parties expect this review to be concluded in the next days and therefore ask the Court to extend the stay in the proceedings until September 5, 2008. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Joint Request to Extend Stay until **September 5, 2008.** (Doc. 24.)

DATED this 11th day of August, 2008.

_____
Stephen M. McNamee
United States District Judge