**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America | ) | No. CV 07-8024-PCT-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Winslow, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Currently before the Court is the parties' Joint Request to Extend Stay (Doc. 26). On July 31, 2008, the Parties informed the Court that the Defendants had executed the Consent Decree on July 18, 2008, that the Decree was under review with the United States, and they therefore requested a stay in the proceedings until September 5, 2008. The Court granted the stay on August 11, 2008. The Decree remains under review with the United States. Thus, the Parties request an additional stay in the proceedings, until October 2, 2008, so the United States can complete its review and approval process. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Joint Request to Extend Stay until **October 2, 2008.** (Doc. 26.)

DATED this 2nd day of September, 2008.

Stephen M. McNamee
United States District Judge