**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 07-8024-PCT-SMM |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | |
| CITY OF WINSLOW, et. al., | ) ) | |
| Defendants. | ) ) ) | |

On September 17, 2008, the United States filed a Notice of Lodging Consent Decree (Doc. 28). In the Notice, the United States requested the Court lodge the Consent Decree for a minimum of thirty (30) days to allow the Consent Decree to be published in the Federal Register where the public could view and comment on it. (Id.)

The thirty (30) day period ended on October 17, 2008. While the Court is prepared to rule on the Consent Decree, the Court will give the United States an additional fourteen (14) days to review any public comments that were received and to advise the Court whether the Consent Decree should be entered.

**IT IS HEREBY ORDERED** that the United States has until **Friday, October 31, 2008,** to advise the Court whether the Consent Decree should be entered.

DATED this 17th day of October, 2008.

Stephen M. McNamee
United States District Judge