**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 07-8024-PCT-SMM |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | |
| CITY OF WINSLOW, et. al., | ) ) | |
| Defendants. | ) ) ) | |

Pending before the Court is the Plaintiff's Unopposed Motion to Enter Consent Decree (Doc. 30) and Memorandum in Support of Entry of Consent Decree (Doc. 31). On September 17, 2008, the United States filed a Notice of Lodging Consent Decree (Doc. 28). In the Notice, the United States requested the Court lodge the Consent Decree for a minimum of 30 days to allow the Consent Decree to be published in the Federal Register where the public could view and comment on it. (Id.) Notice of the proposed Consent Decree was published in the Federal Register beginning on September 25, 2008. Not having received any public comments during the designated 30 day period, Plaintiff now requests that the Court enter the Consent Decree. Defendants do not oppose this request.

As detailed in the Consent Decree, in the interest of resolving the instant case and as a result of having engaged in comprehensive settlement negotiations, both parties have agreed that this action shall be resolved by entry of the Consent Decree. See Consent Decree at 3:11-14. The parties have further agreed that entry of the Consent Decree shall serve as

a final judgment of the Court as to this case.  See id. at 10:2-3.  Based on the Plaintiff's Unopposed Motion to Enter Consent Decree, the Memorandum in support thereof, and the parties' representations detailed in the Consent Decree, and for good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Unopposed Motion to Enter Consent Decree (Doc. 30).

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the Consent Decree that was lodged with the Court on September 17, 2008 (Doc. 28, Attachment 1-Proposed Consent Decree).

**IT IS FURTHER ORDERED** that the Consent Decree is **APPROVED**, and shall become effective upon entry of this Order.

**IT IS FURTHER ORDERED** that the Consent Decree resolves the civil claims of the United States for violations alleged in the Complaint filed in this action.  However, the Court shall retain continuing jurisdiction to resolve disputes arising under the Consent Decree, enter orders modifying it, or ensure its enforcement.  See Consent Decree at 6:4-5, 8:15-18.

DATED this 28th day of October, 2008.

_____
Stephen M. McNamee
United States District Judge

- 2 -